

# United States District Court
# Northern District of Illinois

In the Matter of

Johnson

v.

AbbVie, Inc., et al.

District Judge Andrea R. Wood

Case No. 14-CV-0877

Designated Magistrate Judge
Susan E. Cox

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE
### FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge John J. Tharp Jr.**

Date: Monday, February 10, 2014

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge Ruben Castillo**

Dated: Monday, February 10, 2014

District Reassignment - By Lot

- IOP 13(f) - I recuse myself from this case for the following reasons:

   28 U.S.C. 455(a)(4) (Party).

..................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS:

District Reassignment - By Lot